# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

WARREN G. THIBEAUX,              )
                                 )
    Plaintiff,              )
                                 )
v.                               )      No. 4:20-cv-00913-DGK-SSA
                                 )
KILOLO KIJIKAZI,                 )
Acting Commissioner of Social Security,  )
                                 )
    Defendant.              )

## ORDER GRANTING APPLICATION FOR ATTORNEYS' FEES

This case arises from the Commissioner of Social Security's denial of Plaintiff's application for supplemental security income under Title XVI of the Act, 42 U.S.C. §§ 1381–1383. Plaintiff challenged the denial in federal court, and this Court granted the Commissioner's motion to remand. ECF No. 18.

Now before the Court is Plaintiff's application for attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 17. Plaintiff requests an award of $881.50 for 4.3 hours of attorney work at a rate of $205.00 per hour (the statutory rate adjusted for inflation). Defendant has no objection to the request, and it appears to be reasonable.

Accordingly, it is hereby ORDERED that the Social Security Administration award Plaintiff attorney's fees in the amount of $881.50 payable to Plaintiff in accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Commissioner verifies that Plaintiff does not owe a debt to the United States that is subject to offset, the Commissioner shall pay the fee to Plaintiff's attorney pursuant to Plaintiff's assignment of EAJA Fee. ECF No. 17-3.

**IT IS SO ORDERED.**

Date:    November 15, 2021        /s/ Greg Kays

GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

2